People v Mitchell (2023 NY Slip Op 00511)

People v Mitchell

2023 NY Slip Op 00511

Decided on February 3, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on February 3, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., SMITH, PERADOTTO, BANNISTER, AND OGDEN, JJ.

6 KA 22-00258

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,
v
GRACE MITCHELL, DEFENDANT-APPELLANT. 

FRANK H. HISCOCK LEGAL AID SOCIETY, SYRACUSE (SARA GOLDFARB OF COUNSEL), FOR DEFENDANT-APPELLANT.
WILLIAM J. FITZPATRICK, DISTRICT ATTORNEY, SYRACUSE (KAITLYN M. GUPTILL OF COUNSEL), FOR RESPONDENT. 

 Appeal from a judgment of the Onondaga County Court (Thomas J. Miller, J.), rendered August 2, 2021. The judgment convicted defendant, upon her plea of guilty, of burglary in the third degree. 
Now, upon reading and filing the stipulation of discontinuance signed by defendant on December 19, 2022 and by the attorneys for the parties on January 3, 2023,
It is hereby ORDERED that said appeal is unanimously dismissed upon stipulation.
Entered: February 3, 2023
Ann Dillon Flynn
Clerk of the Court